

**NUMBER 13-14-00117-CR**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**THE STATE OF TEXAS,**                                **Appellant,**

**v.**

**SALVADOR MARTINEZ,**                                **Appellee.**

---

**On Appeal from the 25th District Court
of Gonzales County, Texas.**

---

**ORDER**

**Before Justices Rodriguez, Garza, and Perkes
Order Per Curiam**

Appellant, the State of Texas, by and through the District Attorney in and for Gonzales County, Texas, has filed a motion for stay of proceedings in the above cause. On February 4, 2014, the trial court granted a motion to suppress evidence. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(5), (e)

(West, Westlaw through 2007 Sess.).   The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
24th day of February, 2014.